Joseph JOHNSON, Jr., Plaintiff–
Appellant,

v.

Charles Lewis KING, Defendant–
Appellee.

Joseph JOHNSON, Jr., Plaintiff–
Appellant,

v.

Charles Lewis KING, Defendant–
Appellee.

Nos. 00–2362, 00–7610.

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Joseph Johnson, Jr., pro se. Charles
Lewis King, appellee.

Before WILKINS, LUTTIG, and
MICHAEL, Circuit Judges.

PER CURIAM.

Joseph Johnson, Jr., appeals the district
court's orders denying his post-judgment
motions filed in his civil actions. We have
reviewed the records and the district
court's opinions and find no reversible er-
ror. Accordingly, we dismiss the appeals
as frivolous on the reasoning of the district
court. *Johnson v. King*, Nos. CA–97–

1532; CA–98–1368 A (E.D.Va. Oct. 3, 2000; Oct. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*